IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2021 JAN 20  A 10: 44

CLERK J. Hodge
SO. DIST. OF GA.

| | | |
|---|---|---|
| RYAN ALEXANDER MAYS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CV 120- 119 |
| EVAN JOSEPH, Warden, | ) ) ) | |
| Defendant. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed. (Doc. no. 13.) Plaintiff argues claim preclusion should not apply because his "previous suit was cluttered with too many incidents that made the grounds murky." (Id. at 1.) Plaintiff proceeds to re-allege in greater factual detail his claims, with accompanying legal support. (Id. at 2-3.) Contrary to Plaintiff's conception, claim preclusion does not question the quality of Plaintiff's claims brought in his previous suit compared to the instant claims, but rather asks if the instant claims arose from the same nucleus of operative facts as his previous suit and could have been brought then.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **OVERRULES** Plaintiff's objections, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this

civil action.

SO ORDERED this 20th day of January, 2021, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA