AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RYAN ALEXANDER MAYS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 120-119

EVAN JOSEPH, Warden,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 20, 2021, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, Plaintiff's objections are OVERRULED and Plaintiff's Complaint is DISMISSED for failure to state a claim upon which relief may be granted. This case stands CLOSED.

| | |
|---|---|
| 01/20/2021 | John E. Triplett, Acting Clerk |
| Date | Clerk |
| | *Jamie Hodge* |
| | (By) Deputy Clerk |

GAS Rev 10/2020