IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| RYAN ALEXANDER MAYS, | ) |
| Plaintiff-Appellant, | ) |
| vs. | ) Case No.: CV 120-119 |
| | ) Appeal No.: 21-10388-H |
| EVAN JOSEPH, Warden, in his official and individual capacities, | ) |
| Defendant-Appellee. | ) |

O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for want of prosecution,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this ___11th___ day of March 2021.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA